# IN THE SUPREME COURT OF THE STATE OF NEVADA

LIMIN CAO, AN INDIVIDUAL; AND
QIUXIA LIU, AN INDIVIDUAL,
      Appellants,
    vs.
NATIONSTAR MORTGAGE, LLC,
      Respondent.

No. 77172

FILED

MAR 1 3 2019



## *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Kerry Louise Earley, District Judge
  John Walter Boyer, Settlement Judge
  Morris Law Center
  Akerman LLP/Las Vegas
  Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-11042